TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6317
Email: Kimberly.Frayn@usdoj.gov
*Attorneys for the United States of America*

X FILED          RECEIVED
ENTERED          SERVED ON

04/14/2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00126-RFB-VCF |
| Plaintiff, | **Motion to Dismiss the Indictment and Quash Arrest Warrant** |
| v. | |
| MARCOPOLO MURGUIA-ROSAS, | |
| Defendant. | |

On May 5, 2021, a federal grand jury returned an indictment charging defendant Marcopolo Murguia-Rosas with (i) one count of Forged, Counterfeited, Altered or Falsely Made Immigration Document, in violation of 18 U.S.C. § 1546(a); (ii) one count of Use or Possession of Immigration Documents Procured by Fraud, in violation of 18 U.S.C. § 1546(a); (iii) Production of Identification Documents, in violation of 18 U.S.C. § 1028(a)(1), (b)(1)(A)(ii) and (c)(3); (iv) one count of Possession of 5 or More Identification Documents, in violation of 18 U.S.C. § 1028(a)(3); and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1), based on alleged conduct occurring in January 2021. (ECF 1). In connection with the indictment, an arrest warrant issued for the defendant. More than 5 years later, the

1

warrant remains outstanding. The defendant is believed to have fled to Mexico to avoid prosecution.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government now requests permission of the Court to dismiss the Indictment. If granted, because the defendant would no longer face any charges in this case, the government further requests that the Court quash the outstanding warrant for his arrest. The government also requests that the Court unseal this case and unseal the indictment

Respectfully submitted this 14th day of April, 2026.

TODD BLANCHE
Deputy Attorney General


*s/Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCOPOLO MURGUIA-ROSAS,<br><br>Defendant. | Case No. 2:21-cr-00126-RFB-VCF<br><br>**Motion to Dismiss the Indictment and Quash Arrest Warrant** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendant Marcopolo Murguia-Rosas.

TODD BLANCHE
Acting Attorney General

*s/Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the Indictment has been dismissed as to Defendant Marcopolo Murguia-Rosas, it is hereby ordered that the warrant for his arrest, issued in connection with the indictment, is quashed. In addition, there is no longer reason to keep this case under seal. Accordingly, it is hereby ordered that this case, including the criminal indictment, be unsealed.

DATED this the 20th day of April, 2026.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1